UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS TREHEARNEL,<br><br>              Plaintiff,<br><br>       v.<br><br>AMADOR COUNTY,<br><br>              Defendants. | No.  2:22-cv-00254 DB P<br><br><br>ORDER TO SHOW CAUSE |

   Plaintiff is a former[1] county inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On December 12, 2022, defendant Amador County filed a motion to dismiss.  (ECF No. 11.)  Plaintiff has not filed an opposition or statement of non-opposition to the motion.

   Local Rule 230(1) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On August 1, 2022, plaintiff was advised of the requirements for

---

[1] Review of the Amador County inmate locator website indicates that plaintiff is no longer in custody.  The court may take judicial notice of information stored on Amador County's inmate locator website.  See In re Yahoo Mail Litig., 7 F. Supp. 3d 1016, 1024 (N.D. Cal. 2014) (a court may take judicial notice of information on "publicly accessible websites" not subject to reasonable dispute); Louis v. McCormick Schmick Restaurant Corp., 460 F. Supp. 2d 1153, 1155 fn. 4 (C.D. Cal. 2006) (court may take judicial notice of state agency records).  Plaintiff has not updated his address with the court as required by Eastern District of California Local Rule 182(f).

1

filing an opposition to a motion to dismiss and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.  (ECF No. 8 at 3.)

      Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss.  Failure to file an opposition will be deemed a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: April 3, 2023

/s/DEBORAH BARNES
UNITED STATE MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/treh0254.46dm